UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

FEB 09 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. |
| v. | § § | **4:22-CR-65** |
| RODLFO "RUDY" RODRIGUEZ | § | **UNDER SEAL** |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
**(Coercion and Enticement)**

Between on or about June 1, 2019, and on or about September 26, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **defendant,**

**RODOLFO "RUDY" RODRIGUEZ,**

did knowingly attempt to entice an individual to travel in foreign commerce to engage in prostitution, to wit: an act which would be in violation of Section 43.02(b) of the Texas Penal Code.

In violation of Title 18, United States Code, Section 2422(a).

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _____
ARTHUR R. JONES
Assistant United States Attorney