**EXHIBIT 1**

**From:** DeltaAirLines@t.delta.com,
**To:** dbotsford@aol.com,
**Subject:** Your Flight Receipt - DAVID LAWRENCE BOTSFORD 31JUL22
**Date:** Sun, May 22, 2022 7:13 pm

View as a Web Page



#9208498254
Platinum Medallion®

## CONFIRMATION #: H7KXG6



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs to maintain the value of your ticket.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: DAVID LAWRENCE BOTSFORD
SkyMiles #9208498254
Platinum

| FLIGHT | SEAT |
|--------|------|
| DELTA 1252 | 02B |
| DELTA 1424 | 04B |
| DELTA 1850 | 03B |
| DELTA 2370 | 02B |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+$^{TM}$ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 31JUL | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1252<br>First Class (J) | AUSTIN, TX<br>5:52am | ATLANTA<br>9:05am |
| DELTA 1424<br>First Class (C) | ATLANTA<br>9:55am | ST THOMAS, VIRGIN ISLANDS, U.S.<br>1:40pm |

| Thu, 04AUG | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1850<br>First Class (C) | ST THOMAS, VIRGIN ISLANDS, U.S.<br>1:11pm | ATLANTA<br>5:05pm |
| DELTA 2370<br>First Class (C) | ATLANTA<br>7:20pm | AUSTIN, TX<br>8:38pm |

**MANAGE MY TRIP**

**EXHIBIT 2**

**From:** DeltaAirLines@t.delta.com,
**To:** DBOTSFORD@AOL.COM,
**Subject:** Your Flight Receipt - DAVID LAWRENCE BOTSFORD 07AUG22
**Date:** Mon, May 23, 2022 2:43 pm

View as a Web Page



#9208498254
Platinum Medallion®

### CONFIRMATION #: H7KXG6



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs to maintain the value of your ticket.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: DAVID LAWRENCE BOTSFORD
SkyMiles #9208498254
Platinum

| FLIGHT | SEAT |
|--------|------|
| DELTA 1252 | 02B |
| DELTA 1424 | 03C |
| DELTA 1850 | 03B |
| DELTA 2370 | 04C |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+$^{TM}$ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 07AUG | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1252<br>First Class (J) | AUSTIN, TX<br>5:52am | ATLANTA<br>9:05am |
| DELTA 1424<br>First Class (J) | ATLANTA<br>9:55am | ST THOMAS, VIRGIN ISLANDS, U.S.<br>1:40pm |

| Thu, 11AUG | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1850<br>First Class (J) | ST THOMAS, VIRGIN ISLANDS, U.S.<br>1:11pm | ATLANTA<br>5:05pm |
| DELTA 2370<br>First Class (J) | ATLANTA<br>7:20pm | AUSTIN, TX<br>8:38pm |

**MANAGE MY TRIP**